UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVID WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants. | Case No. 17-cv-03538-YGR (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Defendants' Motion for Partial Dismissal and Motion for Summary Judgment issued on today's date, and in its March 14, 2019 Order Granting Motion to Dismiss and Motion For Summary Judgment; and Addressing Other Pending Motions,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants and against Plaintiff. Parties shall each bear their own costs of action.

Dated: November 14, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge